IMMACULATE VARRICHIO, Appellant, v. G. PHILLIP SCHMITT, Respondent.

Argued April 9, 1946; decided May 29, 1946.

*Thomas F. English, Jr.*, for appellant.

*T. Carlyle Jones* and *Daniel Miner* for respondent.

Order affirmed, with costs. Question certified in the negative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.